IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                                                CIVIL ACTION NO. 5:07CV53DCBJNR

JEFFREY R. ANDERSON, D.O.                                               DEFENDANT

## AGREED DISMISSAL ORDER

On motion ore tenus of the United States Attorney to dismiss any pending proceedings and the Court having considered the motion is of the opinion and so finds as follows:

The Complaint filed in this case be and is hereby dismissed and the Clerk is hereby directed to close the case.

SO ORDERED this ___25th___ day of ___October___, 2007.

s/John M. Roper Sr.
UNITED STATES DISTRICT JUDGE

AGREED:

_____
PSHON BARRETT
Assistant U. S. Attorney
MS Bar No. 2071

_____
KEVIN COLBERT
Attorney for Defendant
MS Bar No. 9720